IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES THOMPSON, et al.,

    Plaintiffs,                     No. CIV S-96-0297 GEB DAD P

    vs.

GRAY DAVIS, et al.,

    Defendants.               FINDINGS AND RECOMMENDATIONS

         Plaintiffs are two state prisoners proceeding pro se with a civil rights action. On October 7, 2008, the undersigned issued a further scheduling order in this matter. In response to the scheduling order, plaintiff Bogovich filed a request to voluntarily dismiss the action without prejudice. In addition, although the scheduling order was properly served on plaintiff Thompson, the order was returned by the postal service. It appears that plaintiff Thompson has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change. Under the circumstances of this case, the court will recommend that this action be dismissed without prejudice.

         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(a)(2); Local Rules 83-182(f) and 11-110.

/////

1

1       These findings and recommendations are submitted to the United States District

2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

3 days after being served with these findings and recommendations, any party may file written

4 objections with the court and serve a copy on all parties. Such a document should be captioned

5 "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections

6 shall be served and filed within ten days after service of the objections. The parties are advised

7 that failure to file objections within the specified time may waive the right to appeal the District

8 Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9 DATED: November 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bogo0297.dism

2