IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES THOMPSON, et al.,

    Plaintiffs,                    2:96-cv-0297-GEB-DAD-P

    vs.

GRAY DAVIS, et al.,

    Defendants.               <u>ORDER</u>

                       /

        Plaintiffs are two state prisoners proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 19, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. No objections to the findings and recommendations have been filed.

        Although it appears from the file that plaintiff Thompson's copy of the findings and recommendations was returned, plaintiff Thompson was properly served. It is the plaintiff's

///

1

1 | responsibility to keep the court apprised of his current address at all times.  Pursuant to Local
2 | Rule 83-182(f), service of documents at the record address of the party is fully effective.
3 |       The court has reviewed the file and finds the findings and recommendations to be
4 | supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
5 | ORDERED that:
6 |       1. The findings and recommendations filed November 19, 2008, are adopted in
7 | full; and
8 |       2. This action is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(a)(2); Local
9 | Rules 83-182(f) and 11-110.
10 | Dated:  January 20, 2009

GARLAND E. BURRELL, JR.
United States District Judge